UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT BAKER,

      Plaintiff,

File no: 1:24-cv-84

v.

HON. ROBERT J. JONKER

RANDEE REWERTS, et al.,

      Defendants.

_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on June 12, 2024 (ECF No. 16). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 16) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss (ECF No. 10) is granted in part and denied in part. Defendants' motion as to the Eighth Amendment claim against Defendant Rewerts is **GRANTED**. Defendants' motion as to the retaliation claim against Defendant Schmidt is **DENIED**.

Dated: July 8, 2024            /s/ Robert J. Jonker
                                            ROBERT J. JONKER
                                            UNITED STATES DISTRICT JUDGE